Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−23915−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Agee Jr.
   1013 Pitt Street
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−5141

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 29, 2021.


Dated: June 29, 2021
JAN: kmm

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
James Agee, Jr.  
    Debtor

Case No. 20-23915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 29, 2021      Form ID: plncf13      Total Noticed: 50

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Agee, Jr., 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056955 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519121421 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519056951 | + | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056963 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519056964 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519056966 | + | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519056965 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519056967 | + | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519056969 | + | J.V.J. Cleaning, LLC, 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056973 | + | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056971 | + | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056988 | ++ | MICHIGAN DHHS OFFICE OF CHILD SUPPORT, ATTN BANKRUPTCY REPORTING CONTACT, PO BOX 30478, LANSING MI 48909-7978 address filed with court:, State Of Michigan Office Child Support, Office of Child Support, 235 S Grand Ave Pob 30037, Lansing, MI 48909 |
| 519056977 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 519066876 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 519056978 | + | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900, Dallas, TX 75356-2088 |
| 519056990 | | State of New Jersey Dept. of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519065867 | + | Summit Medical Group, Simon's Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |
| 519056995 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519076574 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519056997 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519056996 | + | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519076787 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2021 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2021 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519056944 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jun 29 2021 20:57:09 | Best Egg/sst, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519056945 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 29 2021 20:57:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056947 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jun 29 2021 20:57:10 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519066697 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jun 29 2021 20:57:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 20-23915-MBK    Doc 23    Filed 07/01/21    Entered 07/02/21 00:17:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 29, 2021 | Form ID: plncf13 | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 519056950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2021 20:57:01 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519056949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2021 20:56:59 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519056959 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 30 2021 11:17:07 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056961 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2021 20:57:10 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2021 20:44:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519056970 | + | Email/Text: abachman@rmbcollect.com | Jun 29 2021 20:45:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 519064038 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 30 2021 11:17:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519099467 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2021 20:45:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519056975 | + | Email/PDF: cbp@onemainfinancial.com | Jun 29 2021 20:56:42 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519056976 | + | Email/PDF: cbp@onemainfinancial.com | Jun 29 2021 20:56:45 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519124533 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2021 20:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519127140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2021 20:56:52 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519116831 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 29 2021 20:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519056979 | + | Email/Text: bk-notification@sps-law.com | Jun 29 2021 20:44:00 | Schachter Portnoy, LLC, 3490 U.S. Route 1, Princeton, NJ 08540-5920 |
| 519056980 | + | Email/Text: clientservices@simonsagency.com | Jun 29 2021 20:45:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056984 | + | Email/Text: clientservices@simonsagency.com | Jun 29 2021 20:45:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519057856 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:57:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519056991 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:57:09 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056992 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:57:09 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519056993 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:56:44 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056994 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2021 20:57:16 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 29, 2021 | Form ID: plncf13 | Total Noticed: 50

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519056956 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056957 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056958 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056946 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056948 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519056952 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056953 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056954 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056960 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056962 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056974 | *+ | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056972 | *+ | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056989 | *P++ | MICHIGAN DHHS OFFICE OF CHILD SUPPORT, ATTN BANKRUPTCY REPORTING CONTACT, PO BOX 30478, LANSING MI 48909-7978, address filed with court:, State Of Michigan Office Child Support, Po Box 30478, Lansing, MI 48909 |
| 519056981 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056982 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056983 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056985 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056986 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056987 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 19 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor James Agee Jr. ecf@gbclawgroup.com, R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4