| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 20-23915 / MBK

James Agee, Jr.

Petition Filed Date: 12/28/2020
341 Hearing Date: 01/28/2021
Confirmation Date: 06/23/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/18/2021 | $435.00 | 74615910 | 03/02/2021 | $435.00 | 74936300 | 04/05/2021 | $435.00 | 75716310 |
| 05/05/2021 | $435.00 | 76515720 | 06/03/2021 | $435.00 | 77176690 | 07/06/2021 | $500.00 | 77839950 |
| 08/04/2021 | $500.00 | 78584400 | 09/08/2021 | $500.00 | 79354340 | 10/05/2021 | $500.00 | 79967730 |
| 11/03/2021 | $500.00 | 80597960 | 12/03/2021 | $500.00 | 81241160 | 01/05/2022 | $500.00 | 81913830 |
| 02/02/2022 | $500.00 | 82503880 | | | | | | |

**Total Receipts for the Period:  $6,175.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,175.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | James Agee, Jr. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $2,160.65 | $0.00 | $2,160.65 |
| 2 | SUMMIT MEDICAL GROUP | Unsecured Creditors | $2,056.00 | $0.00 | $2,056.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,601.02 | $0.00 | $4,601.02 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $561.93 | $0.00 | $561.93 |
| 5 | SANTANDER CONSUMER USA INC<br>»»  2017 TOYOTA CAMRY | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 7 | WELLS FARGO BANK, NA | Unsecured Creditors | $1,242.92 | $0.00 | $1,242.92 |
| 0 | Justin M. Gillman, Esq.<br>»»  ATTY DISCLOSURE/ORDER 8/11/21 | Attorney Fees | $3,960.00 | $3,960.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $2,015.60 | $0.00 | $2,015.60 |
| 9 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $787.35 | $0.00 | $787.35 |
| 10 | COLLINS ASSET GROUP, LLC<br>»»  FINWISE/LENDINGPOINT | Unsecured Creditors | $16,867.14 | $0.00 | $16,867.14 |
| 11 | PNC BANK, NA<br>»»  P/1013 PITT ST/1ST MTG | Mortgage Arrears | $8,179.26 | $825.80 | $7,353.46 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $290.01 | $0.00 | $290.01 |
| 13 | JFK Medical Center<br>»»  DC-008412-17/AVOID LIEN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-23915 / MBK**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,175.00 | Plan Balance: | $23,000.00 ** |
| Paid to Claims: | $4,785.80 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $473.20 | Arrearages: | $0.00 |
| Funds on Hand: | $916.00 | Total Plan Base: | $29,175.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**