UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

James Agee, Jr., & Vera Agee,

Debtors.

Case No.:        20-23915-MBK

Chapter:         13

Hearing Date:    3/8/2023

Judge:           Kaplan

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled           ☐ Withdrawn

Matter: Secured Creditor's Motion for Relief from Stay (Docket # 34)

_____

Date: 3/7/2023                                   /s/ Denise Carlon
                                                 Signature

*rev.8/1/15*