Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23915−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Agee Jr.
   1013 Pitt Street
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−5141

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:     5/10/23
Time:    02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M. Gillman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,355.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

    ☑    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 13, 2023
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
James Agee, Jr.  
    Debtor

Case No. 20-23915-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Apr 13, 2023      Form ID: 137      Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Agee, Jr., 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056955 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056969 | + | J.V.J. Cleaning, LLC, 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056988 | ++ | MICHIGAN DHHS OFFICE OF CHILD SUPPORT, ATTN BANKRUPTCY REPORTING CONTACT, PO BOX 30478, LANSING MI 48909-7978 address filed with court:, State Of Michigan Office Child Support, Office of Child Support, 235 S Grand Ave Pob 30037, Lansing, MI 48909 |
| 519056977 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 519065867 | + | Summit Medical Group, Simon's Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |
| 519076574 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 519056997 | | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 13 2023 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 13 2023 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519056944 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 13 2023 20:55:15 | Best Egg/sst, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519056945 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 20:55:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056947 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2023 20:55:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519066697 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2023 20:55:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519056950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:01 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519056949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2023 21:06:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519121421 | + | Email/Text: bnc@bass-associates.com | Apr 13 2023 20:55:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519056951 | + | Email/Text: bncnotifications@pheaa.org | Apr 13 2023 20:56:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |

Case 20-23915-MBK    Doc 41    Filed 04/15/23    Entered 04/16/23 00:16:22    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| 519056959 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2023 20:55:04 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056961 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 13 2023 20:55:04 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056963 | ^ MEBN | Apr 13 2023 20:50:51 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519056964 | ^ MEBN | Apr 13 2023 20:51:11 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519056966 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 13 2023 20:55:04 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519056965 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 13 2023 20:55:41 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519056967 | + Email/Text: EBNBKNOT@ford.com | Apr 13 2023 20:57:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519056968 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2023 20:56:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519056970 | + Email/Text: abachman@rmbcollect.com | Apr 13 2023 20:57:00 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 519064038 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2023 21:06:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519056973 | ^ MEBN | Apr 13 2023 20:50:42 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056971 | ^ MEBN | Apr 13 2023 20:50:42 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056989 | Email/Text: mdhhs-ocs-cfu-staff2@michigan.gov | Apr 13 2023 20:56:00 | State Of Michigan Office Child Support, Po Box 30478, Lansing, MI 48909 |
| 519099467 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2023 20:56:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519056975 | + Email/PDF: cbp@onemainfinancial.com | Apr 13 2023 20:54:59 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519056976 | + Email/PDF: cbp@onemainfinancial.com | Apr 13 2023 20:55:35 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519124533 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 13 2023 20:56:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519127140 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2023 20:55:22 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519116831 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2023 20:56:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519066876 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 519056978 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 13 2023 20:56:00 | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900, Dallas, TX 75356-2088 |
| 519056979 | + Email/Text: bk-notification@sps-law.com | Apr 13 2023 20:55:00 | Schachter Portnoy, LLC, 3490 U.S. Route 1, Princeton, NJ 08540-5920 |
| 519056980 | + Email/Text: clientservices@simonsagency.com | Apr 13 2023 20:57:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056984 | + Email/Text: clientservices@simonsagency.com | Apr 13 2023 20:57:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

District/off: 0312-3 | User: admin | Page 3 of 4
Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 52

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519056990 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 13 2023 20:56:00 | State of New Jersey Dept. of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519057856 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519056991 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:54:59 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056992 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:54:57 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519056993 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056994 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2023 20:55:18 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519056995 | ^ | MEBN | Apr 13 2023 20:51:40 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519851639 | + | Email/Text: EBN@edfinancial.com | Apr 13 2023 20:56:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 519056996 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 13 2023 20:55:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519076787 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 13 2023 20:55:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519056956 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056957 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056958 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056946 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056948 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519056952 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056953 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056954 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056960 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056962 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056974 | *+ | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056972 | *+ | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056981 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056982 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056983 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056985 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056986 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056987 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Apr 13, 2023 | Form ID: 137 | Total Noticed: 52 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor James Agee  Jr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4