**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on May 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| James Agee, | Case No. 20-23915 |
| Debtor(s). | Hearing Date: May 10, 2023 |
|  | Judge: Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4878-2632-9949, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____1,355.50_____for services rendered and expenses in the amount of $_____0_____for a total of $_____1,355.50_____. The allowance is payable:

☒ $___1,355.50___ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____542.00_____per month for ___32___months beginning June 2023 to allow for payment of the above fee.

*rev.8/1/15*

4878-2632-9949, v. 1