UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for the Debtor(s)

By: Justin M. Gillman, Esq.

| | |
|---|---|
| In Re: | Case No.: _____20-23915-MBK_____ |
| James Agee, Jr. | Judge: _____Kaplan_____ |
| | Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.      ☐  Motion for Relief from the Automatic Stay filed by _____ , creditor,

A hearing has been scheduled for _____, at _____.


☒  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____April 10, 2024_____, at _9:00 AM_.


☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons (**choose one**):

☒  Payments have been made in the amount of $ ___Current per plan___, but have not been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):

Debtor addressing the late filed IRS claim.  Debtor had included estimated
amounts to be paid through Plan.

3.        This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.        I certify under penalty of perjury that the above is true.

Date: _4/3/2024_____                    _/s/ James Agee, Jr._____
                                                                     Debtor's Signature

Date: _____                    _/s/_____
                                                                     Debtor's Signature

**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
          13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
          opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
          Dismiss.

2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
          Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
          Default.

*rev.8/1/15*