Justin M. Gillman, Esq. (038891997)
**GILLMAN, BRUTON & CAPONE, LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gbclawgroup.com (E-Mail)
Attorneys for Debtor(s)



Order Filed on May 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| James Agee, Jr. | Case No. 20-23915-MBK |
| Debtor(s) | Hearing Date: |
| | Judge: Kaplan |

## CONSENT ORDER REGARDING CLAIM OF INTERNAL REVENUE SERVICE (CLAIM 13-1)

The relief set forth on the following pages, number two (2) through three (3) is hereby ORDERED.

**DATED: May 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: James Agee, Jr.
Case No. 20-23915-MBK
Caption of Order: Consent Order Regarding Claim of Internal Revenue Service (Claim 13-1)

THIS MATTER having come before the Court by way of the Debtor's Chapter 13 Plan filed on December 28, 2020 (Docket No. 2) (the "Plan"); Justin M. Gillman, Esq. of Gillman, Bruton & Capone, LLC, appearing for the Debtor; and the Internal Revenue Service having filed a proof of claim in this case, Eamonn O'Hagan, Esq., U.S. Attorney's Office, appearing for the Internal Revenue Service; and the parties having subsequently resolved their disputes; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown;

WHEREAS the Plan provided for the Internal Revenue Service ("IRS") to be paid an unsecured priority claim pursuant to 11 U.S.C. §507(a)(8) in the amount of $12,779.00;

AND WHEREAS the Plan was confirmed by the Court by Order entered on June 29, 2021 (Docket No. 18);

AND WHEREAS on June 13, 2022, the Internal Revenue Service ("IRS") having filed a Proof of Claim (Claim 13-1) in the total amount of $15,117.27 which includes an unsecured priority claim pursuant to 11 U.S.C. §507(a)(8) in the amount of $12,785.27 ("IRS Priority Claim") and a general unsecured claim in the amount of $2,332.00 (the "IRS Unsecured Claim")

IT IS ORDERED as follows:

1.  The IRS Priority Claim in the amount of $12,785.27 is allowed to be paid through the Chapter 13 Plan. The Standing Chapter 13 Trustee in this case is authorized to make distributions on the IRS Priority Claim.

Debtor: James Agee, Jr.
Case No. 20-23915-MBK
Caption of Order: Consent Order Regarding Claim of Internal Revenue Service (Claim 13-1)

2. The IRS Unsecured Claim in the amount of $2,332.00 is allowed to be paid through the Chapter 13 Plan *pro rata* with all other allowed general unsecured claims. The Standing Chapter 13 Trustee in this case is authorized to make distributions on the IRS Unsecured Claim in accordance with the Order Confirming Plan.

**STIPULATED AND AGREED:**

| | |
|---|---|
| */s/ Eamonn O'Hagan* | */s/ Justin M. Gillman, Esq.* |
| Eamonn O'Hagan, Esq. | Justin M. Gillman, Esq. |
| U.S. Attorney's Office | Gillman, Bruton & Capone, LLC |
| District of New Jersey | 770 Amboy Ave. |
| 970 Broad Street | Edison, NJ 08837 |
| Newark, New Jersey 07102 | (732) 661-1664 |
| (973) 645-2874 (office) | Counsel for the Debtor |
| Counsel for Internal Revenue Service | |