Justin M. Gillman, Esq. (038891997)
**GILLMAN, BRUTON & CAPONE, LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gbclawgroup.com (E-Mail)
Attorneys for Debtor(s)

**Order Filed on May 9, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 13 |
| James Agee, Jr. | Case No. 20-23915-MBK |
| Debtor(s) | |
| | Hearing Date: |
| | Judge: Kaplan |

**CONSENT ORDER REGARDING CLAIM OF INTERNAL REVENUE SERVICE**
**(CLAIM 13-1)**

    The relief set forth on the following pages, number two (2) through three (3) is

hereby ORDERED.

**DATED: May 9, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: James Agee, Jr.
Case No. 20-23915-MBK
Caption of Order: Consent Order Regarding Claim of Internal Revenue Service (Claim 13-1)

THIS MATTER having come before the Court by way of the Debtor's Chapter 13 Plan filed on December 28, 2020 (Docket No. 2) (the "Plan"); Justin M. Gillman, Esq. of Gillman, Bruton & Capone, LLC, appearing for the Debtor; and the Internal Revenue Service having filed a proof of claim in this case, Eamonn O'Hagan, Esq., U.S. Attorney's Office, appearing for the Internal Revenue Service; and the parties having subsequently resolved their disputes; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown;

WHEREAS the Plan provided for the Internal Revenue Service ("IRS") to be paid an unsecured priority claim pursuant to 11 U.S.C. §507(a)(8) in the amount of $12,779.00;

AND WHEREAS the Plan was confirmed by the Court by Order entered on June 29, 2021 (Docket No. 18);

AND WHEREAS on June 13, 2022, the Internal Revenue Service ("IRS") having filed a Proof of Claim (Claim 13-1) in the total amount of $15,117.27 which includes an unsecured priority claim pursuant to 11 U.S.C. §507(a)(8) in the amount of $12,785.27 ("IRS Priority Claim") and a general unsecured claim in the amount of $2,332.00 (the "IRS Unsecured Claim")

IT IS ORDERED as follows:

1.      The IRS Priority Claim in the amount of $12,785.27 is allowed to be paid through the Chapter 13 Plan.  The Standing Chapter 13 Trustee in this case is authorized to make distributions on the IRS Priority Claim.

Debtor: James Agee, Jr.
Case No. 20-23915-MBK
Caption of Order: Consent Order Regarding Claim of Internal Revenue Service (Claim 13-1)

2.      The IRS Unsecured Claim in the amount of $2,332.00 is allowed to be paid through the Chapter 13 Plan *pro rata* with all other allowed general unsecured claims.  The Standing Chapter 13 Trustee in this case is authorized to make distributions on the IRS Unsecured Claim in accordance with the Order Confirming Plan.

**STIPULATED AND AGREED:**

*/s/ Eamonn O'Hagan*
Eamonn O'Hagan, Esq.
U.S. Attorney's Office
District of New Jersey
970 Broad Street
Newark, New Jersey 07102
(973) 645-2874 (office)
Counsel for Internal Revenue Service

*/s/ Justin M. Gillman, Esq.*
Justin M. Gillman, Esq.
Gillman, Bruton & Capone, LLC
770 Amboy Ave.
Edison, NJ 08837
(732) 661-1664
Counsel for the Debtor

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-23915-MBK |
| James Agee, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + James Agee, Jr., 1013 Pitt Street, South Plainfield, NJ 07080-2745 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | |
| | docs@russotrustee.com |
| Denise E. Carlon | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | |
| | on behalf of Debtor James Agee  Jr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5