Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−23915−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James Agee Jr.
   1013 Pitt Street
   South Plainfield, NJ 07080

Social Security No.:
   xxx−xx−5141

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/26/24
Time:       02:00 PM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $1682

EXPENSES
expenses: $0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 22, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-23915-MBK
James Agee, Jr.                                                                                 Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 4
Date Rcvd: May 22, 2024        Form ID: 137            Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Agee, Jr., 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056955 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056969 | + | J.V.J. Cleaning, LLC, 1013 Pitt Street, South Plainfield, NJ 07080-2745 |
| 519056988 | ++ | MICHIGAN DHHS OFFICE OF CHILD SUPPORT, ATTN BANKRUPTCY REPORTING CONTACT, PO BOX 30478, LANSING MI 48909-7978 address filed with court:, State Of Michigan Office Child Support, Office of Child Support, 235 S Grand Ave Pob 30037, Lansing, MI 48909 |
| 519056977 | | PNC Bank, Attn: Bankruptcy Dept., PO Box 489909, Charlotte, NC 28269-5329 |
| 519056979 | | Schachter Portnoy, LLC, 3490 U.S. Route 1, Princeton, NJ 08540 |
| 519065867 | + | Summit Medical Group, Simon's Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |
| 519057856 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519076574 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 22 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 22 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519056944 | + | Email/PDF: MarletteBKNotifications@resurgent.com | May 22 2024 20:42:37 | Best Egg/sst, Po Box 42912, Philadelphia, PA 19101-2912 |
| 519056945 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2024 20:42:03 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056947 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 22 2024 20:53:37 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519066697 | + | Email/PDF: ebn_ais@aisinfo.com | May 22 2024 20:53:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519056950 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2024 20:53:36 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 519056949 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 22 2024 20:53:48 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519121421 | + | Email/Text: bnc@bass-associates.com | May 22 2024 20:36:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 519056951 | + | Email/Text: bncnotifications@pheaa.org | May 22 2024 20:36:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA |

Case 20-23915-MBK    Doc 51    Filed 05/24/24    Entered 05/25/24 00:19:03    Desc Imaged
                         Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: May 22, 2024 | Form ID: 137 | Total Noticed: 52 |

| ID | Flag | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | | 17105-2461 |
| 519056959 | + | Email/PDF: creditonebknotifications@resurgent.com | May 22 2024 20:53:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056961 | + | Email/PDF: creditonebknotifications@resurgent.com | May 22 2024 20:53:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056963 | | Email/Text: bankruptcycourts@equifax.com | May 22 2024 20:36:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519056964 | ^ | MEBN | May 22 2024 20:35:13 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519056966 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 22 2024 20:53:35 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 519056965 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 22 2024 20:43:22 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 519056967 | + | Email/Text: EBNBKNOT@ford.com | May 22 2024 20:37:00 | Ford Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519056968 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 22 2024 20:36:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519056970 | + | Email/Text: abachman@rmbcollect.com | May 22 2024 20:37:34 | JFK Medical Center, 80 James Street, 4th Floor, Edison, NJ 08820-3938 |
| 519064038 | | Email/PDF: resurgentbknotifications@resurgent.com | May 22 2024 20:53:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519056973 | ^ | MEBN | May 22 2024 20:35:19 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056971 | ^ | MEBN | May 22 2024 20:35:20 | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056989 | | Email/Text: mdhhs-ocs-cfu-staff2@michigan.gov | May 22 2024 20:36:00 | State Of Michigan Office Child Support, Po Box 30478, Lansing, MI 48909 |
| 519099467 | + | Email/Text: bankruptcydpt@mcmcg.com | May 22 2024 20:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519056975 | + | Email/PDF: cbp@omf.com | May 22 2024 20:54:04 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519056976 | + | Email/PDF: cbp@omf.com | May 22 2024 20:43:16 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 519124533 | | Email/Text: Bankruptcy.Notices@pnc.com | May 22 2024 20:36:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519127140 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 22 2024 20:53:48 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519116831 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2024 20:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519066876 | + | Email/Text: enotifications@santanderconsumerusa.com | May 22 2024 20:37:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 519056978 | + | Email/Text: enotifications@santanderconsumerusa.com | May 22 2024 20:37:00 | Santander Consumer USA, Inc., P.O. Box 562088, Suite 900, Dallas, TX 75356-2088 |
| 519056980 | + | Email/Text: clientservices@simonsagency.com | May 22 2024 20:37:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056984 | + | Email/Text: clientservices@simonsagency.com | May 22 2024 20:37:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056990 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 22 2024 20:36:00 | State of New Jersey Dept. of Treasury, Division of |

Case 20-23915-MBK    Doc 51    Filed 05/24/24    Entered 05/25/24 00:19:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 22, 2024 | Form ID: 137 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 519056991 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 20:42:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056992 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 20:53:32 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 519056993 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 21:04:23 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519056994 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 22 2024 20:43:11 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519056995 | ^ | MEBN | May 22 2024 20:34:59 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519851639 | + | Email/Text: EBN@edfinancial.com | May 22 2024 20:36:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 519056996 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2024 21:04:22 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519056997 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2024 20:53:34 | Wells Fargo Bank NA, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 519076787 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | May 22 2024 20:43:14 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519056956 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056957 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056958 | *P++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132, address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 519056946 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519056948 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 519056952 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056953 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056954 | *+ | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 519056960 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519056962 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 519056974 | *+ | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144-3612 |
| 519056972 | *+ | LendingPoint LLC., Attn: Bankruptcy, 1201 Roberts Blvd Suite 200, Kennesaw, GA 30144-3612 |
| 519056981 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056982 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056983 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519056985 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056986 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519056987 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |

TOTAL: 0 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: May 22, 2024 | Form ID: 137 | Total Noticed: 52 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2024         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor James Agee Jr. ecf@gbclawgroup.com, GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5