**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on June 27, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 13 |
| James Agee, Jr. | Case No. 20-23915 |
| Debtor(s). | Hearing Date: June 26, 2024 |
| | Judge: Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: June 27, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4890-6361-4655, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____1,682.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,682.00_____. The allowance is payable:

- ☒ $ __1,682.00__ through the Chapter 13 plan as an administrative priority.
- ☒ $ ____0____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____635.00_____ per month for ___18___ months beginning July 2024 to allow for payment of the above fee.

rev.8/1/15

4890-6361-4655, v. 1